IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

THOMAS M. SPALLA                                                                    PLAINTIFF

V.                                           NO. 12-3085

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration                    DEFENDANT

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is Plaintiff's Motion to Dismiss. (Doc. 8). In said motion, counsel for Plaintiff states that after discussing the case with his client "relative to his heavy drug use during the period relevant to his Title II application and evidence relative to his partially favorable Title XVI application, Mr. Spalla has elected not to proceed any further with this appeal." Plaintiff agrees that substantial evidence supports the Commissioner's decision that the Plaintiff was not disabled prior to August 13, 2009, and prays that the case be dismiss without prejudice.

Based upon the foregoing, the Court recommends that this matter be dismissed without prejudice. **The parties have fourteen days from receipt of our report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

IT IS SO ORDERED this 8th day of January, 2013.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)