IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

THOMAS M. SPALLA                                                                                           PLAINTIFF

v.                                         Case No. 3:12-CV-03085

MICHAEL J. ASTRUE, Commissioner of
Social Security Administration                                                                         DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's Motion to Dismiss (Doc. 8) is GRANTED, and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 13th day of February, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE